Jim Spinner, Esquire
**SPINNER, WOOD & SMITH**
1335 East Center - P.O. Box 6009
Pocatello, Idaho 83205-6009
Telephone: (208) 232-4471
ISB No. 3417
Email: spinjim@pocatello-law.com

Attorneys for Mountain America Credit Union

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In the Matter of:<br><br>ABEL ARENIVAS HERNANDEZ, and<br>LISA ANN HERNANDEZ,<br><br>Debtors. | ) | Case No. 20-40484-JMM |
| MOUNTAIN AMERICA CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>ABEL ARENIVAS HERNANDEZ,<br><br>Defendant. | ) | Adversary No. 20-08067-JMM |

**AMENDED COMPLAINT TO DENY DISCHARGE OF DEBT**

COMES NOW, the Plaintiff, Mountain America Credit Union, (hereinafter "MACU"), and pursuant to 11 U.S.C. §§ 521(a)(6), 523(a)(2)(A), 523(a)(2)(B), 523(a)(6), and 542, and Federal Rules of Bankruptcy Procedure 4007, 7001(1), and 7001(6), for a cause of action against

the above-named Defendant, Abel Arenivas Hernandez, ("Defendant" or "Hernandez"), alleges, as follows:

## GENERAL ALLEGATIONS

I.

The present adversary case, commenced in the above-referenced Chapter 7 bankruptcy proceeding, is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. §§ 1334 and 157, and the rules of this Court and the United States District Court for the District of Idaho. Venue of this proceeding is properly in the District of Idaho pursuant to 28 U.S.C. § 1409(a)

II.

On June 23, 2020, the Defendant, Abel Arenivas Hernandez, together with Lisa Ann Hernandez, filed with this Court a voluntary petition for relief under Chapter 7 of the Bankruptcy Code as Case No. 20-40484-JMM. This action arises out of and/or is related to said pending bankruptcy proceeding.

III.

The Plaintiff has had to retain attorneys to pursue this action against the Defendant and is incurring reasonable costs and attorneys fees.

IV.

At all relevant times herein, the Plaintiff, MACU, is a credit union doing business in the State of Idaho.

V.

At the time of filing of the bankruptcy petition by the Debtors, the following obligation existed and was due and owing to MACU:

A Closed End Note, Disclosure and Security Agreement ("Loan") dated October 18, 2019, in the face amount of $13,801.20, together with a Security Agreement covering the below described collateral was executed by Hernandez. The collateral on the loan is a certain 2007 GMC Sierra 1500 pickup, VIN 3GTEK13M67G534646. Pursuant to the statutes of the State of Idaho, Secured Creditor perfected its security interest in said vehicle. A redacted copy of the Note, Security Agreement, and proof of perfection a security interest are attached hereto as Exhibits "A" and "B,"and incorporated hereby by reference as if set forth at length.

VI.

The Loan obligation specifically provides that Hernandez would not sell, encumber, lease, rent, otherwise dispose of, or give the collateral to anyone else other than the Credit Union, and further provides that Hernandez will not permit anyone to use the collateral in violation of the Loan agreement.

VII.

The Defendant, in the bankruptcy Statement of Financial Affairs, (Bk docket #16) specifically answered:

– "No" to question 9, which asks: "Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding? List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes."

–"No" to question 15, which asks: "Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?"

–"No" to question 17, which asks: "Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?"

–"No" to question 18, which asks: "Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?"

VIII.

The Defendant's bankruptcy schedules (bk docket #16), listed a 2007 GMC 1500 in Schedule A, (paragraph 3.5); listed two 2007 GMC 1500 vehicles in their Schedule D, (paragraph 2.4); in Schedule F listed a "2007 consignment of GMC sold" (paragraph 4.7); and listed a 2007 GMC 1500 in their Statement of Intention (Official Form 108) indicating an intention to retain the vehicle and pay MACU.

IX.

On August 12, 2020, MACU filed a Motion for Relief from Automatic Stay, Notice, and Affidavit of Mailing applying, in part, for stay relief on the subject vehicle.

X.

On September 1, 2020 the Defendant, through his bankruptcy counsel, informed MACU's counsel that the subject 2007 GMC Sierra had been transferred to a third party prior to filing for bankruptcy, and the vehicle was reportedly sold to another third party. A copy of the email and attachments is attached hereto as Exhibit "C" (with third party address redacted).

XI.

The transfer of possession of the vehicle for consignment with a third party was done without notice or approval of MACU.

XII.

The reported sale of the vehicle was done without notice or approval of MACU.

XIII.

MACU has not received any proceeds or payoff of the loan secured by the 2007 GMC Sierra.

XIV.

Plaintiff has been unable to recover its collateral.

XV.

The obligation owing from Defendant to Plaintiff has a balance owing in the amount of $15,650.79 as of November 9, 2020, plus interest accruing thereon at the contract rate of 3.740% per annum. The Defendant seeks to discharge his personal liability for said obligation in the bankruptcy proceeding.

**COUNT ONE**

XVI.

Plaintiff repleads the General Allegations set forth above as if stated herein at length.

XVII.

The Defendant's actions and lack of disclosure of the consignment and sale of the the 2007 GMC Sierra is in violation of the loan and security agreement with Plaintiff, a copy of which is attached as Exhibit "A." The Defendant failed to protect the Plaintiff's collateral, and the vehicle was transferred and sold out of trust, and under false pretenses, and false

representations as set forth in the general allegations above. As such, the debt to MACU is non-dischargeable according to 11 U.S.C.§ 523 (a)(2)(A).

**COUNT TWO**

XVIII.

Plaintiff repleads the General Allegations set forth above as if stated herein at length.

XIX.

The Defendant's omissions of information, and Defendant's affirmative representations in the initial bankruptcy schedules and statement of financial affairs, under oath, regarding the 2007 GMC Sierra were materially false, respecting the Debtors' financial condition, were relied upon by the Plaintiff, and were made with the intent to misrepresent the actual condition and status of said collateral.

XX.

Based on the Defendant's actions identified above and as otherwise shown at hearing or trial of this matter, Defendant's debt to MACU is non-dischargeable under 11 U.S.C. § 523(a)(2)(B).

**COUNT THREE**

XXI.

Plaintiff repleads the General Allegations set forth above as if stated herein at length.

XXII.

The Defendant did not timely act to file an action to preserve a bond claim or other statutory claim against the third party cosigner or pursue recovery of the vehicle as the title owner.

XXIII.

The Defendant's actions set forth above in not protecting the Plaintiff's collateral, wrongfully disposing of the 2007 GMC Sierra, together with the non-disclosures and misrepresentations set forth above and to be shown at trial or hearing on this matter constitute a willful and malicious injury by the Defendant to MACU and/or the secured property of MACU.

XXIV.

Based on the Defendant's actions identified above and as otherwise shown at hearing or trial of this matter, Defendant's debt to MACU is non-dischargeable under 11 U.S.C. § 523 (a)(6).

**COUNT FOUR**

XXV.

Plaintiff repleads the General Allegations set forth above as if stated herein at length.

XXVI.

Alternatively, the Defendant is still the listed owner on the certificate of title to the subject 2007 GMC 1500 Sierra, and can recover and surrender of the vehicle to Plaintiff.

XXVII.

That the Court enter an Order, pursuant to 11 U.S.C. §§521(a)(6) and 542, and F.R.B.P. 7001, directing the Defendant to recover possession of the subject 2007 GMC 1500 Sierra and surrender the vehicle to the Plaintiff.

WHEREFORE, the Plaintiff prays for judgment and order of the Court as follows:

AS TO COUNTS ONE, TWO, AND THREE

1. That the Court enter an order determining that the Defendant is not discharged from the debt owing to the Plaintiff, pursuant to 11 U.S.C. §§ 523 (a)(2)(A) and/or 523(a)(2)(B) and/or 523(a)(6);

2. For money judgment against the Defendant in a sum equal to the amount owing from the Defendant to the Plaintiff in the amount of $15,650.79 as of November 9, 2020, plus accruing interest;

AS TO COUNT FOUR

3. That the Court enter an Order directing the Defendant to recover possession of the subject 2007 GMC 1500 Sierra. and surrender the vehicle to the Plaintiff.

AS TO ALL COUNTS

4. For judgment against the Defendant for Plaintiff's reasonable attorneys' fees and Court costs incurred herein pursuant to the loan agreements between the parties and applicable law;

5. That the Plaintiff be awarded such other and additional relief as the Court deems just and equitable.

**DATED** this 8 day of March, 2021.

SPINNER, WOOD & SMITH
Attorneys for MACU

By: ______________________
Jim Spinner

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8 day of March, 2021, I served a true and correct copy of the above and foregoing document on the following person(s) as follows:

Alexandra O. Caval

alex@cavallawoffice.com

[ ] U.S. Mail, postage prepaid
[ ] Hand Delivery
[x] ECF Notice
[ ] Facsimile

By______________________
Jim Spinner

# CLOSED END NOTE, DISCLOSURE AND SECURITY AGREEMENT

MOUNTAIN AMERICA CREDIT UNION

Mountain America Credit Union
P. O. Box 9001
West Jordan, Utah 84084-9001
(801) 325-6228 • (800) 310-6228

In this agreement the words you and your mean any person signing below. If more than one person signs below, each will be responsible for repaying the loan in full. This means that each person signing is jointly and severally liable. The terms on the reverse are a part of the entire agreement. Items preceded by a box* [X] *are applicable only if checked.

BORROWER NAME(S) AND ADDRESS(ES)
Abel A Hernandez SR
1103 N Fillmore
Jerome , ID 83338

DATE: 10/18/2019
MEMBER ACCOUNT NUMBER: 0855
SOCIAL SECURITY NUMBER(S):

## FEDERAL TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE (The cost of your credit as a yearly rate) | FINANCE CHARGE (The dollar amount the credit will cost you) | AMOUNT FINANCED (The amount of credit provided to you or on your behalf) | TOTAL OF PAYMENTS* (The amount you will have paid when you have made all your payments as scheduled) |
|---|---|---|---|
| 3.74% | $ 1,364.43 e | $ 13,801.20 | $ 15,165.63 e |

PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENT | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 59 | $252.77 | 11/25/2019 |
| 1 | $252.20 e | 10/25/2024 |

[ ] If this box is checked, your loan has a variable interest rate based on the Credit Union's Prime Rate Index (PRI). The "PRI" is the highest prime rate published in the Wall Street Journal on the last business day of each month. If the "PRI" is no longer available, the Credit Union will choose a new index which is comparable to the "PRI" described herein. The Annual Percentage Rate (APR) will be the "PRI" plus ________%. The minimum APR for this loan will be ________%, and the maximum APR for this loan will be ________%. The APR may change on the first of every month. Any increase in the rate will take the form of more payments of the same amount unless the Finance Charge becomes too high for the loan to amortize completely over an additional twelve (12) months from the original term. In that event an increase in your APR will result in higher payments that will amortize the loan within an additional 12 months of the original term.

[ ] If this box is checked, your loan has a variable interest rate based on the Credit Union's Prime Share Dividend Rate as determined by the Board of Directors. The Annual Percentage Rate (APR) will be the Prime Share Dividend Rate plus ________%. The minimum APR for this loan will be ________%, and the maximum APR for this loan will be ________%. Any increase in the rate will take the form of more payments of the same amount unless the Finance Charge becomes too high for the loan to amortize completely over an additional twelve (12) months from the original term. In that event an increase in your APR will result in higher payments that will amortize the loan within an additional 12 months of the original term.

FOR EXAMPLE: If your loan was for $10,000 at 12% for 60 months and the rate increased to 15% after one year, you would have to make four additional payments.

FILING FEES: $ ASSUMPTION: Your loan is not assumable. [ ] The Annual Percentage Rate does not take into account your required deposit.

LATE CHARGE: If you are more than 10 days late in making a payment, you will be assessed a late fee of $25.00 or 5% of your monthly payment, whichever is greater.

PROPERTY INSURANCE: You may obtain property insurance from any insurance company that is reasonably acceptable to the Credit Union.

SECURITY: You are giving a security interest in your shares and/or monies in the Credit Union and the following:
[ ] The goods or property being purchased [X] Collateral securing this loan may also secure other loans with the Credit Union. [X] Other (describe below)*

PREPAYMENT: If you pay off early you do not have to pay a penalty. See the terms on the reverse side for any additional information about non-payment, default and any required repayment in full before the scheduled date. "e" means an estimate

PROMISE TO PAY:
To repay this loan, you promise to pay the Credit Union $ 13,801.20 (the principal amount of this loan) plus simple interest at the initial rate of 3.74 % until this loan is repaid in full. If your Loan has a variable interest rate, the interest rate is tied to the movement of the index shown in the disclosure above.
Refinance Fee: A fee of 1% of the outstanding loan balance may be charged to refinance this loan. This fee will not be less than $25 or more than $300.
Rate Guarantee: You may refinance this loan, without charge, if Mountain America Credit Union publishes a different rate within 30 days from the date of this loan.

COLLATERAL: The Credit Union is taking a security interest in the following property (the "Collateral"):
2007 GMC LIGHT DUTY Sierra 1500 VIN 3GTEK13M67G534646

### DEBT CANCELLATION

1) Debt cancellation is voluntary and is not required in order to obtain this loan. You may select any debt cancellation package of your choice. You can get this payment protection only if you select the applicable box below and sign your name. If coverage is selected and you are eligible, you will be charged a fee and will receive a Debt Cancellation Addendum, which provides the important terms of this coverage. Read it carefully. If you select "no coverage" below, no coverage will be added nor in force. The rate you are charged for this payment protection is subject to change. You will receive written notice before any increase goes into effect. You have the right to stop this Debt Cancellation by notifying the Credit Union in writing. Your signature below means you agree that:
- If you elect Debt Cancellation, you authorize the Credit Union to add the charges for Debt Cancellation to your loan each month.
- You are eligible for disability coverage only if you are Actively at Work. This means that you are actively and presently at work for at least two weeks immediately before the effective date and the date of any later advances. "Actively at Work" means a regular workweek of not less than the number of hours per week stated in the Debt Cancellation Addendum.
- You are eligible for coverage as described in the Debt Cancellation Addendum. Payment protection coverage will stop when you reach that age.

NOTE: PAYMENT PROTECTION COVERAGE CONTAINS CERTAIN BENEFIT EXCLUSIONS, INCLUDING A PRE-EXISTING CONDITION EXCLUSION. PLEASE REFER TO YOUR DEBT CANCELLATION ADDENDUM FOR DETAILS OF COVERAGE.

| | | TOTAL PREMIUM |
|---|---|---|
| Life | [ ] | $ |
| Life and Disability | [ ] | $ |
| Life, Disability and Involuntary Unemployment (IU) | [ ] | $ |
| No Coverage | [X] | |
| Not Eligible | [ ] | |

BORROWER BIRTHDATE:
BORROWER SIGNATURE: Signed by: Abel Hernandez Date: 2019 10 18 11 02 09 MDT Package: B0F2C037DAE3
CO-BORROWER BIRTHDATE:
CO-BORROWER SIGNATURE:

ITEMIZATION OF AMOUNT FINANCED
The Credit Union or an entity affiliated with the Credit Union may retain a portion of the amount paid to others denoted by asterisk.

| ITEMIZATION OF AMOUNT FINANCED | AMOUNT PAID TO OTHERS ON YOUR BEHALF | |
|---|---|---|
| $ 13,801.20 | Financial Institution - To: Westmark Financial | 13,787.20 |
| | Other - To: Title Fee | 14.00 |
| Amount given to you directly: $ / Amount paid on your account: $ | | |
| Prepaid Finance Charge: $ | | |

If you elected to purchase Debt Cancellation coverage, the fee stated in the Debt Cancellation disclosure above is included in the Total of Payments. (2) Debt Cancellation products elected as part of this loan obligation are not insured by an agency of the federal government and the Debt Cancellation is not guaranteed by the Credit Union. By Signing herein you acknowledge that you have received the disclosures within the Debt Cancellation section labeled (1) and (2) both verbally and in writing. You also agree to make and be bound by this Closed End Note, Disclosure and Security Agreement including the terms and conditions on the reverse. You acknowledge your responsibility to insure that the Credit Union is named as first lienholder on any certificate of title, if applicable. You acknowledge that you have read this entire agreement and have received a copy. You also authorize Mountain America Credit Union to place a lien on the described Collateral, if any, and certify that you are the legal owner(s) and the information provided is accurate.

*NOTICE: We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may reflect in your credit report.*

SEE THE REVERSE FOR CONTINUATION OF YOUR CONTRACT TERMS

Signed by: Abel Hernandez Date: 2019.10.18 11 02 26 MDT Package: B0F2C037DAE3 (Seal) Date 10-18-2019
CO-BORROWER Date (Seal)
CO-BORROWER Date (Seal)
CO-BORROWER Date (Seal)
WITNESS/NOTARY:

©2000 Conmar Systems, Peachtree City, GA 30269 — EFORM 1984T-T Rev. 9/16

Exhibit A

## LOAN AGREEMENT

**PROMISE TO PAY:** You promise to pay to the Credit Union or its order, the Amount Financed plus the Finance Charge according to the Payment Schedule as each is set forth in the disclosure on the reverse side of this Agreement. Your Total of Payments includes interest computed and payable at the Annual Percentage Rate shown in the disclosure on the outstanding balance of the Amount Financed from the date of this Agreement until repayment in full. The amount of your final payment (as well as the total Finance Charge and the Total of Payments) will be somewhat more or less than the amounts disclosed if payments are not received precisely on scheduled due dates. If your loan is a variable rate loan, the interest rate is tied to the movements of the applicable index shown in the disclosure on the reverse side. As a result, either the amount of your periodic payments or the number of such payments are subject to change, and your final payment, Finance Charge, and Total of Payments will be different than disclosed. When received, your payment will be applied by the Credit Union to: collection costs, then to any Late Charges, the FINANCE CHARGE owing, and then to the unpaid principal balance. Unpaid interest will be paid by later payments and will not be added to your unpaid principal balance.

**VARIABLE RATE:** If your loan is a variable rate loan as indicated by one of the boxes "☐" denoted variable rate on the reverse being checked, you understand that your APR may increase or decrease from time to time during the life of your loan based upon movements of the applicable index shown in the disclosure.

**DEFAULT, REPOSSESSION AND OTHER REMEDIES:** You understand you will be in default (1) if you fail to make any payment on time; (2) in the event of your death; (3) in the event of your insolvency or the filing of any requests for relief under the Bankruptcy Code by or against you; (4) if you are the subject of any legal process which seeks to attach your Credit Union account; (5) if you have given the Credit Union false or inaccurate information in obtaining a loan or any other Credit Union services; (6) if you do any act or fail to do any act which the Credit Union believes endangers the Collateral, if any, or your ability to repay what you owe, including but not limited to, leaving your current employment; (7) if you break any promise you have made under this or any other agreement with the Credit Union. In the event of a default, you understand that the decision to take action is at the sole discretion of the Credit Union and that the failure to act on one default will not prevent the Credit Union from acting on any future or similar defaults. You further agree that the Credit Union does not have to provide you advance notice before taking action on any default. You will be in default if you fail to obtain or maintain the required property insurance, or if you fail to pay all taxes when due. This Agreement, the Uniform Commercial Code, and other applicable law, authorize the Credit Union to take various actions; and the Credit Union may rely on any or all of those sources.

The Credit Union may also file suit to recover the Collateral and/or collect what you owe. If the Credit Union incurs any expenses in taking these actions, or in protecting its rights to the Collateral, you promise to reimburse it and pay for all reasonable attorneys' fees, court costs and disbursements. If your loan or account is assigned to an outside agency for collection, you agree to pay all attorneys fees, court costs and a collection charge of 30% of the principal, which will be added to the outstanding balance of your loan or account, as applicable.

**ACCELERATION:** If you are in default, the Credit Union may call any amounts you owe immediately due and payable plus FINANCE CHARGES which shall continue to accrue until the entire balance owing is paid in full. You further understand that if the Credit Union reasonably believes its Collateral is threatened, or that your ability to repay what you owe is impaired, it may call any such amounts immediately due and payable including FINANCE CHARGES.

**LATE CHARGES:** You may be charged late charges as indicated on the reverse.

**EXTENSION AGREEMENT FEE:** If you request a payment deferral, a fee of $25 may be charged for each request. This amount may be added to your loan.

**CO-BORROWER OR CO-SIGNER:** If you are signing this Agreement as co-borrower or co-signer, you waive your right to require the Credit Union to attempt collection of this loan from the principal Borrower first. You agree to be equally, jointly, and severally responsible with the principal Borrower for all advances and charges on this loan. You understand that the Credit Union may elect to collect on this loan from you first in the event of any default. You understand that all the terms of this Agreement apply to you as well as the principal Borrower and you waive any requirement that you be notified of changes in the terms of this Agreement.

**ADDITIONAL PROVISIONS:** Each provision of this Agreement shall be considered as part of the total agreement. You also agree that should any part of the Agreement be found invalid, it will in no way affect the remainder of the Agreement. The Credit Union's rights, powers and remedies under this Agreement shall be cumulative and in addition to all rights, powers and remedies provided by law. No failure or delay by the Credit Union in exercising any such rights, power or remedy shall be deemed a waiver thereof; any such waiver must be in writing signed by the Credit Union. You understand that the validity, construction and enforcement of this Agreement shall be governed by the laws of the State of Utah, and you agree that the courts of Salt Lake County, Utah, shall have exclusive jurisdiction over all disputes arising in connection with this Agreement.

**DEBT PROTECTION:** Debt protection is not required to obtain credit under this Agreement. If you elected to obtain and qualify for debt protection in connection with this Agreement, you understand that the fees and other charges for protection will be added to each periodic payment. You understand that the fee amount is not guaranteed, but that you will be notified in advance of any change in fees.

**OTHER TERMS:** All of our rights shall inure to the benefit of our successors and assigns and all of your obligations shall bind your heirs, legal representatives, successors and assigns.

**TREATMENT OF PAYMENTS:** Payments must be received by closing on a business day to be credited to your loan as of that same day. If any payments made by you are less than the total payment due, the Credit Union may allocate such payment as described herein.

**NOTICE:** You agree and attest that your name and address shown herein are your legal name and the place of your residence, and such address is the proper address for all notice(s) required by this Agreement, and you further understand that any changes in this address must be submitted to us in writing to be effective.

☐ This loan is covered by the Military Lending Act (MLA) 32 CFR § 232: Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specific credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).

To receive the required disclosures orally, please call: 1-855-216-1438 (Toll Free)

## SECURITY AGREEMENT

**SECURITY INTEREST:** By signing this document and receiving the benefits of your loan described on the reverse side, you are giving the Credit Union a security interest in the Collateral described on the reverse side, and in all present and future shares you have, or have an interest in, in any account in the Credit Union. Under the Federal Credit Union Act, we have a statutory lien on your shares and other deposits. This means we may place a lien on (freeze) your present and future shares, share certificates and dividends to the extent of that portion of your loan that is in default. You are also giving a security interest in all present and future checking accounts you have with the Credit Union. You authorize the Credit Union to take that money and apply it to what you owe if you are in default. The Credit Union may, but does not have to, allow you to withdraw a portion of your shares or monies without affecting its security interest. You are not giving a security interest in any shares or monies in any IRA, SEP, KEOGH, or any other account which, if pledged, would result in the loss of special tax treatment under the Internal Revenue Code. This security interest covers not only the Collateral, but all proceeds, substitutions or replacements, accessions, improvements, all proceeds from insurance and all refunds of unearned premiums. The security interest also includes any replacements for the Collateral. Any time this Agreement refers to Collateral, it means any or all of the property described on the reverse. You are giving this interest to secure repayment of your loan as well as any other amounts you now or in the future owe the Credit Union. The Collateral also secures your performance of all other obligations under your loan, this security agreement and any other agreement you have with the Credit Union. If the Collateral is "household goods" as defined in the 16 C.F.R. §444.1, it only secures obligations for the purchase money for that Collateral or a refinancing or consolidation of such obligations. However, cross collateralization does not extend to any dwelling.

**CROSS COLLATERALIZATION:** You hereby grant a security interest to the Credit Union in all assets and Collateral separately pledged to the Credit Union as Collateral for this, or any loan transaction. You further agree that any security interest granted to secure this loan shall also collateralize any other indebtedness that you may now have or may have in the future with the Credit Union. It is the intention of this grant to provide for cross-collateralization. To further secure the payment of this loan and all other indebtedness to the Credit Union now owed or hereafter owed by you, whether or not said indebtedness was intended to be secured or personal, you grant a security interest to the Credit Union in all assets of whatever nature and kind that are pledged hereby as Collateral for the within indebtedness.

**PROTECTION OF COLLATERAL:** You promise that you will use the proceeds of the loan to buy the Collateral or that you own the Collateral and that no one else has any interest in it or claim against it. If you do not make your payments as required, or if any default occurs, the Credit Union can take the Collateral, without breach of the peace, and sell it to reduce your debt after giving you the proper notice, or it can take advantage of any other rights and remedies given to secured parties under the Uniform Commercial Code or other applicable law. You agree: (a) to maintain, protect and to preserve the Collateral; (b) not to use or permit any one to use the Collateral in violation of this Agreement or any statute, regulation or ordinance or any policy of insurance covering the Collateral; (c) to pay promptly when due all taxes, charges, encumbrances or liens now or later imposed upon or affecting the Collateral; (d) to notify the Credit Union promptly of any change of your name or address on file; (e) to help the Credit Union do all that is necessary to protect the Credit Union's security interest in the Collateral, including giving the Credit Union all endorsements, assignments, financing statements, or other writings which are necessary to protect the Credit Union's security interest and its priority; (f) not to sell, encumber, lease, rent, otherwise dispose of, or give the Collateral to anyone else other than the Credit Union; (g) to promptly deliver to the Credit Union in the form received, all proceeds of the Collateral you receive; (h) at any reasonable time, upon the Credit Union's demand, to exhibit to the Credit Union and allow the Credit Union to inspect the Collateral. Borrower warrants that title to said Collateral shall be registered in the name only of such Borrower(s) signatory hereto. You promise to have our security interest shown on any certificate of title that may be issued. You give us authorization to file a financing statement to protect our security interest from the claims of others. The Credit Union may act on any direction or authorization of any undersigned Borrower.

**PROPERTY INSURANCE AND TAXES:** You are required to fully insure the Collateral against loss and damage with a deductible of no more than $2500. You may obtain this insurance through an insurance company of your choice, unless the Credit Union, for good cause, refuses to accept it. If you fail to obtain or maintain the insurance, the Credit Union may buy any type of insurance it feels is necessary to protect its interest in the Collateral. SUCH INSURANCE WILL NOT BE LIABILITY INSURANCE. This could result in less protection for you and at a higher cost. You agree that the Credit Union may increase your payment by an amount sufficient to repay any charges added by the Credit Union for property insurance and taxes in accordance with the originally scheduled term or demand full and immediate payment of all unpaid amounts due the Credit Union. You promise to have any insurance policy payable to the Credit Union and, if asked, to deliver it to the Credit Union. The policies for such insurance must say that the Credit Union is to be paid if there is a loss. If the Collateral is lost or damaged, the Credit Union may, but shall not be required to, use the insurance proceeds to replace or repair it, or to repay any amounts you owe the Credit Union. You also promise to timely pay all taxes due on the Collateral. If you fail to do so, the Credit Union may, but does not have to, pay the taxes and add the amount to the unpaid principal balance of the loan and charge you a FINANCE CHARGE at the same rate as your loan.

You authorize Credit Union to make any necessary changes to correct any errors in the description of your vehicle, the vehicle ownership, or other similar errors. The Credit Union may execute on your behalf, any documents necessary to complete such changes. You agree that the title to the vehicle, showing the Credit Union as lien holder, must be delivered to the Credit Union within 90 days. A fee of $100 may be added to the loan along with any other remedies available to the Credit Union. Additionally, if you fail to perfect the Credit Union's lien on the title, the Credit Union reserves the right to increase the interest rate on the loan to our maximum rate for unsecured loans.

**DEFAULT:** You will be in default if you break any promise made under this Agreement or if you are in default on your loan.

**DEFAULT REMEDIES:** When you are in default and after expiration of any right you have under applicable state law to cure your default, we can require immediate payment of your entire outstanding balance. You agree that we have the right to take possession of the Collateral without judicial process, and you authorize a right of entry (other than to a dwelling) for repossession. We will not be responsible for any personal property not covered by this Agreement that you leave inside the Collateral or that is attached to the Collateral. We will try to return that personal property to you. After we take repossession of the Collateral, we can sell it and apply the money to what you owe us. We will deduct our expenses for taking possession of the Collateral and for any commercially reasonable preparation or processing, storage and attorney's fees to the extent permitted under state law or awarded under the Bankruptcy Code. The rest of the sale money will be applied to what you owe. Each Borrower will have to pay any amount remaining unpaid after sale money has been applied to the unpaid balance which you owe. You will pay interest on that amount at the rate of 18% per annum, until all amounts have been paid in full.

**RELEASE OF COLLATERAL:** If the Credit Union releases Collateral for sale by you, proceeds will be applied to your loan. You understand that if a balance remains owing after sale proceeds are applied to your loan, you are obligated to continue making scheduled periodic payments in accordance with the Payment Schedule of your loan with the Credit Union.

**OTHER TERMS:** If any part of this Agreement is determined by a court to be unenforceable, the rest will remain in effect. All of our rights shall inure to the benefit of our successors and assigns and all of your obligations shall bind your heirs, legal representatives, successors, or assigns. The Credit Union reserves the right to impose a charge for statements regarding an accounting of our security interests.

**GENERAL:** No waiver by the Credit Union of any default shall operate as a waiver of any other default or of the same default on a future occasion. If there is more than one Borrower, their obligations hereunder shall be joint and several. You agree that the validity, construction and enforcement of this Agreement shall be governed by the laws of the State of Utah, and you agree that the courts of Salt Lake County, Utah, shall have exclusive jurisdiction over all disputes arising in connection with this Agreement.

**NOTICE:** You agree and attest that your name and address shown herein are your legal name and the place of your residence, and such address is the proper address for all notice(s) required by this Agreement, and you further understand that any changes in this address must be submitted to us in writing to be effective.



THE COLLATERAL DESCRIPTION ON THE REVERSE SIDE IS PART OF THIS AGREEMENT.
NOTICE: SIGN THIS AGREEMENT ON THE REVERSE SIDE.

ITD Forms

## Motor Vehicle Title and Registration Records Search

08/05/2020

Jennifer Lothrop

Access Idaho MVR Document ID #2170799

Mountain America Federal Credit Union- Asset Management Dept.

9800 S Monroe St 9th Floor
Sandy, UT 84070

This is the motor vehicle title record you requested. If you need further information, please contact the Idaho Transportation Department, Motor Vehicle Records Desk at (208) 334-8773. Our fax number is (208) 334-8542.

## Current Title

1. Owner Information:

HERNANDEZ, ABEL ARENIVAS

1103 N FILLMORE ST
JEROME ID 83338 2118

2. Title Information:

Title Number: B144023349 | Lienholder(s): 1 | Dealer:
Electronic Lienholder: | Issued: 11/05/2019
MOUNTAIN AMERICA FED CR UN | PO BOX 18489 SALT LAKE CITY, UT 84118 | Recorded: 10/31/2019
Printed: 11/05/2019

3. Vehicle Information:

Exhibit B

VIN: 3GTEK13M67G534646
Year: 2007 Make: GMC Body: PK Model: SRA Color: WHI

Weight: 000000 Length: Width: Description: 1500

Odometer: 0 Odometer Status: Exempt Odometer Date:

Brand:

No Release of Liability found for this title.

Section 49-203 Idaho Code prohibits the release of personal information contained in driver and vehicle records to unauthorized parties, without express written consent of the individual the information pertains to. As an authorized requester you may receive this information but you may not re-release or re-sell it.

Fees Paid:

Inquiry 7.00

Purchased through Idaho.gov Price 8.50

Request History Packet ($8.50)

Request Certified Packet ($15.50)

Request Certified History Packet ($22.50)

title search | registration search

In order to improve our online services you may complete this DMV customer survey.

Division of Motor Vehicles
[M-F 8:00 am - 5:00 pm Mountain Time]

- Administration: (208) 334-4443
- Driver Services: (208) 334-8736
- Motor Carrier: (208) 334-8611
- Overlegal Permits: (208) 334-8420
- Port of Entry: (208) 334-8688
- Vehicle Registrations (Special Plates): (208) 334-8649
- Vehicle Titles: (208) 334-8663
- Vehicle/Vessel Dealer Licensing: (208) 334-8681
- TDD/TTY: Dial 711 or 800-377-3529

**Cable One Webmail** **sslaw@cableone.net**

---

**In re: Abel Arenivas Hernandez& Lisa Ann Hernandez, Case: 20-40484-JMM**

---

**From :** Kameron Youngblood <youngbloodlaw@gmail.com> Tue, Sep 01, 2020 10:27 AM
2 attachments

**Subject :** In re: Abel Arenivas Hernandez& Lisa Ann Hernandez, Case: 20-40484-JMM

**To :** Service & Spinner <sslaw@cableone.net>

**Cc :** Jim Spinner <spinjim@cableone.net>

Greetings:

The Hernandezes are willing to surrender the vehicles:

1. 2007 GMC Light Duty Sierra 1500 pickup truck, VIN 3GTEK13M67G534646.
2. 2018 Honda Odyssey, VIN 5FRNRL6H5XJB084901.

We are willing to cooperate in returning the Odyssey. We will cooperate in returning the GMC, also; however, the vehicle is not in their possession.

The Hernandezes entered into a consignment agreement with Freedom Auto Finders. Freedom Auto sold the vehicle to Rick Paoli. It did not pay off the debt to Mountain America.

I attach the ITD Title Search from 3/22/2020 and the Registration Search on 3/22/2020, which lists Mr. Paoli's name registered on the vehicle. I've not done an updated title search since that time.

Please let us know if we can be of assistance in facilitating the return of the 2018 Honda Odyssey.

Thank you,

Mark

--

Best regards,

Kameron Youngblood

***Youngblood Law Office***
**Kameron Youngblood**
*Attorney at Law*

P.O. Box 50495
1970 E 17th Street, Suite 116
Idaho Falls, ID 83405
208-525-3328




CONFIDENTIALITY NOTICE
This message and the accompanying documents contain information that belongs to the sender and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, copying, or taking action in reliance on the content of this communication. If you have received this e-mail in error, please notify the sender immediately and destroy the original transmission. Thank you.

---

**GMC SLT Truck Registration.pdf**
95 KB

**GMC SLT Truck.pdf**
99 KB

---

ITD Home | DMV Home

# ITD Forms

## Motor Vehicle Title and Registration Records Search

03/23/2020

Kameron Youngblood

Access Idaho MVR Document ID #2134498

Youngblood Law Office P.A.

P.O. Box 50495
Idaho Falls, ID 83405

This is the motor vehicle registration record you requested. If you need further information, please contact the Idaho Transportation Department, Motor Vehicle Records Desk at (208) 334-8773. Our fax number is (208) 334-8542.

## Registration

1. Owner Information:

PAOLI, RICK VON OR
PAOLI, PENNY PAULINE

2. Registration Information:

| License Plate: 2M408 | Reg Type: PC | Sub: CAR | Options: |
|---|---|---|---|
| Sticker Number: 2M408 | Tran Type: TRANSFERRED | | |
| Expire Date: 09/30/2020 | Tran Date: 01/06/2020 | | |

3. Vehicle Information:

Title Number: C#07103833
VIN: 3GTEK13M67G534646
Year: 2007 Make: GMC Body: PK Model: SRA

Color: WHITE Description: 1500

Section 49-203 Idaho Code prohibits the release of personal information contained in driver and vehicle records to unauthorized parties, without express written consent of the individual the information pertains to. As an authorized requester you may receive this information but you may not re-release or re-sell it.

Fees Paid:

| | |
|---|---|
| Inquiry | 7.00 |
| Purchased through Idaho.gov Price | 8.50 |

Request Certified Packet ($15.50)

title search | registration search

In order to improve our online services you may complete this DMV customer survey.

Division of Motor Vehicles
[M-F 8:00 am - 5:00 pm Mountain Time]

- Administration: (208) 334-4443
- Driver Services: (208) 334-8736
- Motor Carrier: (208) 334-8611
- Overlegal Permits: (208) 334-8420
- Port of Entry: (208) 334-8688
- Vehicle Registrations (Special Plates): (208) 334-8649
- Vehicle Titles: (208) 334-8663
- Vehicle/Vessel Dealer Licensing: (208) 334-8681
- TDD/TTY: Dial 711 or 800-377-3529

Back to ITD Home Page

Idaho Transportation Department - 3311 W. State Street - P.O. Box 7129 Boise, ID 83707-1129 - (208) 334-8000

ITD Home | DMV Home

# ITD Forms

## Title Search

This search is for Research purposes. [change]
Switch to registration search.

Enter Known Information

Enter the information you currently have available into the fields below.
You can search using ANY of the following fields.

| | | |
|---|---|---|
| Name: | | Example: "Smith, Mary" or "Smith Family Trust". All record searches by name requires the name to match the beginning part of the name on the vehicle record. |
| VIN: | 3GTEK13M67G534646 | Enter full number |
| Title Number: | | Enter full number |
| City: | | Must be combined with another field |

Search

Titles you choose to purchase will add $8.50 to your subscriber bill.

| Status | Name | City | Zip | Year | Make | Model | VIN (last 6) | Registration | Purchase |
|---|---|---|---|---|---|---|---|---|---|
| Current | HERNANDEZ, ABEL ARENIVAS | JEROME | 83338 | 2007 | GMC | SRA | 534646 | search | title |

logout

Division of Motor Vehicles
[M-F 8:00 am - 5:00 pm Mountain Time]

- Administration: (208) 334-4443
- Driver Services: (208) 334-8736
- Motor Carrier: (208) 334-8611
- Overlegal Permits: (208) 334-8420
- Port of Entry: (208) 334-8688
- Vehicle Registrations (Special Plates): (208) 334-8649

Case 20-08067-JMM Doc 13 Filed 03/03/21 Entered 03/03/21 10:55:23 Desc Main Document Page 21 of 21


- Vehicle Titles: (208) 334-8663
- Vehicle/Vessel Dealer Licensing: (208) 334-8681
- TDD/TTY: Dial 711 or 800-377-3529

Back to ITD Home Page

Idaho Transportation Department - 3311 W. State Street - P.O. Box 7129 Boise, ID 83707-1129 - (208) 334-8000